UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| Bureau of Consumer Financial Protection,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>Fair Collections & Outsourcing, Inc., et al.,<br><br>　　　　Defendants. | Case No. 8:19-cv-02817-GJH |

**JOINT MOTION TO APPROVE AND ENTER STIPULATED FINAL JUDGMENT AND ORDER**

Plaintiff, Bureau of Consumer Financial Protection ("Bureau"), and Defendants, Fair Collections & Outsourcing, Inc., Fair Collections & Outsourcing of New England, Inc., FCO Worldwide, Inc., FCO Holding, Inc., and Michael E. Sobota, have reached an agreement to settle this matter and hereby move the Court to approve and enter the proposed Stipulated Final Judgment and Order attached as **Exhibit A**.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: August 16, 2021　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　Jessica Rank Divine (District of Maryland Bar
　　　　　　　　　　　　　　　　　　　No. 810852; New York Bar No. 4544573)
　　　　　　　　　　　　　　　　　　Carl L. Moore (District of Maryland Bar
　　　　　　　　　　　　　　　　　　　No. 811325; Maryland Attorney
　　　　　　　　　　　　　　　　　　　No. 0912160268)
　　　　　　　　　　　　　　　　　　Consumer Financial Protection Bureau
　　　　　　　　　　　　　　　　　　1700 G Street NW
　　　　　　　　　　　　　　　　　　Washington, DC 20552
　　　　　　　　　　　　　　　　　　Telephone (Moore): 202-435-9107
　　　　　　　　　　　　　　　　　　Telephone (Divine): 202-435-7863
　　　　　　　　　　　　　　　　　　Fax: 202-435-7722
　　　　　　　　　　　　　　　　　　carl.moore@cfpb.gov
　　　　　　　　　　　　　　　　　　jessica.divine@cfpb.gov
　　　　　　　　　　　　　　　　　　*Attorneys for the Consumer Financial Protection Bureau*

_____/s/_____
Ronald S. Canter, Esquire
(signed by Jessica Divine with permission of Ronald S. Canter)
The Law Offices of Ronald S. Canter, LLC
200A Monroe Street, Suite 104
Rockville, Maryland 20850
Telephone: (301) 424-7490
Facsimile: (301) 424-7470
E-Mail: rcanter@roncanterllc.com

John H. Bedard, Esquire
Georgia Bar No. 043473
Bedard Law Group, P.C.
4855 River Green Parkway, Suite 310
Duluth, GA 30096
Telephone: (678) 253-1871
E-Mail: jbedard@bedardlawgroup.com
*Admitted Pro Hac Vice*
*Attorneys for Defendants*