UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| Bureau of Consumer Financial Protection,<br><br>Plaintiff,<br><br>v.<br><br>Fair Collections & Outsourcing, Inc., et al.,<br><br>Defendants. | Case No. 8:19-cv-02817-GJH<br><br>**CONSENT TO ENTRY OF PROPOSED STIPULATED FINAL JUDGMENT AND ORDER** |

I hereby consent to the entry of the Proposed Stipulated Final Judgment and Order that is being filed simultaneously with this document.

Dated: August 13, 2021

_____
Michael E. Sobota, individually and as President of Fair Collections & Outsourcing, Inc., Fair Collections & Outsourcing of New England, Inc., FCO Worldwide, Inc., and FCO Holding, Inc